# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** ) | **CASE NO. 8:07CV429** |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **CLARENDON NATIONAL INSURANCE COMPANY, ST. PAUL SURPLUS LINES INSURANCE COMPANY, RSUI INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DeANGELO BROTHERS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to Respond to Defendant United States Fire Insurance Company's Motion to Dismiss (Filing No. 46). The Plaintiff's response is currently due on May 12, 2008, and it seeks an order extending that date to June 15, 2008. For good cause shown, the Plaintiff's motion will be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time to Respond to Defendant United States Fire Insurance Company's Motion to Dismiss (Filing No. 46) is granted; and

2. The Plaintiff's response shall be filed on or before June 15, 2008.

DATED this 6th day of May, 2008.

                BY THE COURT:

                s/Laurie Smith Camp
                United States District Judge