IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | **CASE NO. 8:07CV429** |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) ) | **ORDER OF DISMISSAL** |
| **CLARENDON NATIONAL INSURANCE COMPANY, ST. PAUL SURPLUS LINES INSURANCE COMPANY, RSUI INDEMNITY COMPANY, UNITED STATES FIRE INSURANCE COMPANY, and DeANGELO BROTHERS, INC.,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Amended Joint Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Amended Joint Stipulation for Dismissal with Prejudice (Filing No. 52) is approved;

2. The Complaint and all claims in this action are dismissed with prejudice;

3. The parties shall pay their own costs and attorneys' fees; and

4. The Clerk's Office is directed to terminate all remaining motions/stipulations in this case.

DATED this 11th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge